# United States District Court Violation Notice

CVB Location Code: EC62

Violation Number: 6519629
Officer Name (Print): HOWARD
Officer No.: 2607

6519629

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/01/2019 20:00
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.22(b)(1)

Place of Offense: Ocracoke RAMP 70

Offense Description: Factual Basis for Charge      HAZMAT ☐
Driving vehicle at unreasonable speed on beach

### DEFENDANT INFORMATION
Phone: ( )

Last Name: JAMAL
First Name: RAMEEZ
M.I.: S

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

4:19-MJ-1057-1

$ ~~150~~ DPH  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ ~~160~~ DPH Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)      Original - CVB Copy

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __June 1st__, 20 _19_ while exercising my duties as a law enforcement officer in the __Eastern__ District of __North Carolina__

Cape Hatteras National Seashore

On Saturday June 1, 2019 at approximately 8:00pm, I was called to Ramp 70 for a black Ford F-150 traveling at a high rate of speed on the beach. When I arrived on Ramp 70, I observed a black Ford F-150 traveling at rate of speed. I stopped the vehicle and upon talking to the driver, Rameez JAMAL, he was having a difficult time answering my questions, kept repeating himself, and did not seem to understand why he was in trouble. I asked JAMAL if he had been drinking, to which he stated that he had been. I had JAMAL to step out of the vehicle to see his eyes better, I noticed they were bloodshot and glassy. Hyde County Sheriff's Deputies showed up, and attempted to administer a PBT, to which JAMAL refused. At that time he was placed under arrest, and transported to the Hyde County Sheriff's office for further testing. At the Sheriff's office, JAMAL blew a .18 on subsequent breath tests on the Intox.

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
            Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)    U.S. Magistrate Judge

ZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: EC62

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6519630 | HOWARD | 2607 |

6519630

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/01/2019 21:57
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 4.23(a)(2)

Place of Offense: Ocracoke, NC Ramp 70

HAZMAT ☐

Offense Description: Factual Basis for Charge
Operating motor vehicle with a BAC over .08

### DEFENDANT INFORMATION
Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| JAMAL | RAMEEZ | S |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

4:19-MJ-1057-2

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015) Original - CVB Copy

Case 4:19-mj-01057-BO    Document 1    Filed 06/01/19    Page 3 of 4

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 1st, 20 19 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina, Cape Hatteras National Seashore

On Saturday June 1, 2019 at approximately 8:00pm, I was called to Ramp 70 for a black Ford F-150 traveling at a high rate of speed on the beach. When I arrived on Ramp 70, I observed a black Ford F-150 traveling at rate of speed. I stopped the vehicle and upon talking to the driver, Rameez JAMAL, he was having a difficult time answering my questions, kept repeating himself, and did not seem to understand why he was in trouble. I asked JAMAL if he had been drinking, to which he stated that he had been. I had JAMAL to step out of the vehicle to see his eyes better, I noticed they were bloodshot and glassy. Hyde County Sheriff's Deputies showed up, and attempted to administer a PBT, to which JAMAL refused. At that time he was placed under arrest, and transported to the Hyde County Sheriff's office for further testing. At the Sheriff's office, JAMAL blew a .18 on subsequent breath tests on the Intox.

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident